John F. WERNIMONT, Appellant, v. Beulah JACOBSEN, as Administratrix of the Estate of Arthur Jacobsen.

No. 11884.

Circuit Court of Appeals, Eighth Circuit.

Nov. 6, 1940.

Bertram J. Price, of Fort Dodge, Iowa, for appellant.

Alan Loth, of Fort Dodge, Iowa, and Smith F. Brandom, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed at costs of appellant, but without taxation of statutory attorneys docket fee, per stipulation.

Albert F. YOUNG v. SHELL OIL COMPANY, Incorporated, and Shell Pipe Line Company, Incorporated.

No. 2248.

Circuit Court of Appeals, Tenth Circuit.

Dec. 16, 1940.

J. O. Walton, of Hobbs, N. M., and A. L. Brougham, of Oklahoma City, Okl., for appellant.

J. O. Seth, of Santa Fe, N. M., for appellees.

Before PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellees, at the costs of appellant, for failure diligently to prosecute.